UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KATHRYN MARIE SEIDLER,<br><br>Plaintiff(s),<br>v.<br><br>AMAZON,<br><br>Defendant(s). | CASE NO. 2:23-cv-00816-JLR<br>[to be filled in by Clerk's Office]<br><br>COMPLAINT FOR EMPLOYMENT DISCRIMINATION<br><br>Jury Trial: ☐ Yes ☒ No |

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

| | |
|---|---|
| Name | KATHRYN SEIDLER |
| Street Address | 12546B 5th Ave NE |
| City and County | Seattle |
| State and Zip Code | Washington 98125 |
| Telephone Number | 206-866-4349 |

B. Defendant(s)

*Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

Defendant No. 1

| | |
|---|---|
| Name | AMAZON |
| Job or Title *(if known)* | |
| Street Address | 410 TERRY AVE NORTH |
| City and County | SEATTLE |
| State and Zip Code | WASHINGTON 98109 |
| Telephone Number | 206 266 1000 |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

Defendant No. 4

Name ______________________

Job or Title *(if known)* ______________________

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

Telephone Number ______________________

C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name ______________________

Street Address ______________________

City and County ______________________

State and Zip Code ______________________

Telephone Number ______________________

## II. BASIS FOR JURISDICTION

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.
*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:

There may be habeus corpus issues pertaining to the ongoing failures to ensure delivery up of the embryo to the plaintiff in the US and via failures in Amazon obligations to plaintiff as an immigrant to prepare and ensure delivery to the US.

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

I commenced work at Amazon on 13 March 2020 with Progyny elected as part of the employment contract.

Amazon engaged in sex discrimination in the warehouses of issue reducing pay, salary, working conditions, safety and career advancement to obstruct or reduce Progyny use and enjoyment and engage in sex-based pregnancy and or potential pregnancy discrimination and harassment.

Constant overuse in 'Stow' and 'Pick and Stage' to avoid Progyny, pregnancy and or potential pregnancy and create work-related injury (See Board of Industrial Relations Appeal

pending) reduced hours, pay, working conditions, career advancement and reasonable rights to enjoy work and or seek career advancement.

National origin discrimination as immigrant/non-American.

Genetic and or chromosomal concerns over embryo harassing and excessive. Plaintiff providing releases not considered sufficient after the fact of work, embryo hatching, costs and damages.

Detrimental reliance: embryo reliant on USA and or Amazon Progyny.

When complaints were made, retaliation ensued including repeating issues the source of complaint and or maintaining the acts, omissions and practices complained of creating job abandonment requirements and leading to COBRA costs in excess of $12,000 as also thus, double-dipping.

Plaintiff sought to double back upon realizing that Amazon had not appropriately contracted medical to contract and or resolve, after the 12-month job abandonment preclusion, in retaliation Amazon would not employ due to knowledge (‘record’) of Progyny and potential pregnancy requirements still not provided or paid out/re-imbursed by Amazon.

Ongoing the embryo is still not contracted for or organized to be here despite Amazon accepting services rendered on the Progyny thus sex based, pregnancy, potential pregnancy basis.

See Notice of Charge attached.

Note: The Board of Industrial Insurance Appeal is pending and should deal with ergonomic and safety issues overlap now the subject of OSHA citations.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☒ Failure to hire me.
- ☐ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*:

Sex, pregnancy and or potential pregnancy discrimination: failures in care and anti-discriminatory approach to frozen embryo (as potential pregnancy) and or chromosomal abnormality risk arguments/national origin of plaintiff as an immigrant/failure to prepare for immigrants via Progyny and or for embryo/s.

Embryo remains frozen and subject to wranglings between two countries as USA and Australia indicating lack of preparation for immigrant embryos.

Un-stabilized personal injury risks due to ongoing cryogenic freezing of embryo.

Emotional distress in the interim due to ongoing cryogenic freezing of the embryo expected for grossly unreasonable time frames.

Potential habeus corpus issues.

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Spanning 13 March 2020 to ongoing – embryo remains frozen out of the country.

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race German Australian

- ☐ color
- ☒ gender/sex: Female
- ☒ religion: Catholic
- ☒ national origin: German Australian
- ☒ age *(year of birth)* 1970 *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*-

*Note: I am not claiming for Amazon defences to work-related injuries and have no interest in accommodating legal in this regard.*

*Given the embryo is still frozen and not in the US there is no stabilized personal injury for the aggravated, sex related damages.*

*I have repeatedly informed and reminded Amazon that gender/pregnancy/potential pregnancy is not a disability for the purposes of seeking a fraudulent 7% Federal Contractor allowance and never sought an accommodation for potential pregnancy.*

*I am not willing to incur costs on this arguable legal professional negligence issue as also, stalling and creating aggravated damages.*

E. The facts of my case are as follows. Attach additional pages if needed.

I commenced work at Amazon on 13 March 2020 with Progyny elected as part of the employment contract.

Amazon engaged in sex discrimination in the warehouses of issue reducing pay, salary, working conditions, safety and career advancement to obstruct or reduce Progyny use and sex based pregnancy and or potential pregnancy.

Ongoing the embryo is still not contracted for or organized to be here despite Amazon accepting services rendered on the Progyny thus sex based, pregnancy, potential pregnancy basis.

See Notice of Charge attached.

Note: The Board of Industrial Insurance Appeal is pending.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. EXHAUSTION OF FEDERAL ADMINISTRATIVE REMEDIES

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

27 February 2023

Note: There is a pending appeal with the Board of Industrial Relations on the work-related injuries and matters.

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 27 February 2023

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☒ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

ATTACHED AND RELIED ON: NOTICE OF RIGHT TO SUE WORKINGS

Priority: Get the embryo here to the US without further time wasting or damages or sex-based discrimination and harassment as part of the employment contract.

Other damages: See the workings in the Notice of Right to Sue.

As there is no stabilized personal injury the damages can not be finalized. Amazon's obligations are to honour their Progyny based employment commitments and or to pay out costs and damages in the alternative.

Amazon's acts, omissions and practices may have lost the Seattle fertility specialist the subject of working for Amazon in the first place meaning the next steps may have to be recruiting into California and further costs and damages.

## VI. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 30 May 2023

Signature of Plaintiff

Printed Name of Plaintiff Kathryn Marie Seidler

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff

Date of signing:

Signature of Plaintiff

Printed Name of Plaintiff