UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHRYN MARIE SEIDLER,<br><br>                Plaintiff,<br><br>   v.<br><br>AMAZON,<br><br>                Defendant. | CASE NO. C23-0816JLR<br><br>ORDER |

Before the court is a filing by *pro se* Plaintiff Kathryn Marie Seidler entitled "Motion with declaration of plaintiff in support of further continuance: health related reasons; and Request to vacate closing of the case on 12 Feb 24," which the court construes as a motion for reconsideration of the court's February 12, 2024 order denying Ms. Seidler's motion to stay these proceedings and dismissing this matter with prejudice for failure to state a claim. (2d MFR (Dkt. # 39); *see also* 2/12/24 Order (Dkt. # 35).) This is Ms. Seidler's second such motion. (*Compare* 2d MFR (seeking reconsideration due to health concerns), *with* 1st MFR (Dkt. # 37) (same).) The court denied Ms.

ORDER - 1

Seidler's previous motion for reconsideration because Ms. Seidler (1) failed "to raise new facts or legal authority that could not have been brought to the court's attention earlier with reasonable diligence," and (2) neither "claim[ed] that menopausal brain fog rendered her unable to participate in this case such that a stay was warranted" nor "explain[ed] why her health condition otherwise justifie[d] reconsideration." (2/13/24 Order (Dkt. # 38)); *see also* Local Rules W.D. Wash. LCR 7(h)(1) (governing motions for reconsideration). The court concludes that the instant motion fails for the same reasons and therefore DENIES Ms. Seidler's motion (Dkt. # 39).

The court notes that Ms. Seidler has had ample time and opportunity to litigate her claims. Although the court has granted two motions to dismiss, it specifically identified in each order the deficiencies in Ms. Seidler's complaint and granted Ms. Seidler leave to file an amended complaint curing those deficiencies. (*See generally* 10/19/24 Order (Dkt. # 14); 1/9/24 Order (Dkt. # 26).) When Ms. Seidler failed to file a second amended complaint as directed in the court's January 9, 2024 order, the court dismissed this matter with prejudice and entered judgment in Defendant's favor—just as the court warned it would do. (2/12/24 Order at 5; Judgment (Dkt. # 36); 1/9/24 Order at 19 ("If Ms. Seidler fails to timely comply with this order or fails to file a second amended complaint that remedies the deficiencies discussed in this order, the court will dismiss her complaint without leave to amend and close this case.").) The court has now entertained two post-judgment motions—filed less than 24 hours apart and both lacking in merit—in which Ms. Seidler has sought to reopen this case and relitigate her claims. The court will not entertain future motions or filings from Ms. Seidler. To that end, the court DIRECTS

the Clerk not to accept any further filings from Ms. Seidler in this closed case aside from a notice of appeal.

Dated this 14th day of February, 2024.

JAMES L. ROBART<br>
United States District Judge